UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH, | No.  2:25-cv-1791 AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SHERIFF, et al., | |
| Defendants. | |

Plaintiff is a former civil detainee who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer.  Pending before the court is plaintiff's motion for emergency assistance. ECF No. 18.

Plaintiff seeks court assistance with emergency housing, a "living allowance," transportation, and resources to "live normally" pending resolution of his § 1983 cases.  Id. at 1-2. He also seeks an order directing the California Department of Motor Vehicles (CA DMV) to issue him a California Drivers' License and asks that the court hold a hearing "to determine the validity and relivance [sic]" of his request.  Id.

Plaintiff's present motion seeks the same relief sought in his prior motions for assistance with his drivers' license, ECF No. 13, and for a cease-and-desist order, ECF No. 15, which the undersigned has recommended be construed as motions for preliminary injunctive relief and denied.  ECF No. 17.  For the reasons previously stated in the undersigned's January 16, 2026,

1

findings and recommendation, **IT IS HEREBY RECOMMENDED** that plaintiff's motion for emergency assistance (ECF No. 18) be construed as a motion for preliminary injunctive relief and denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judges Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 29, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2