UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br>Plaintiff,<br>v.<br>SHERIFF, et al.,<br>Defendants. | No. 2:25-cv-1791 DAD AC P<br><br>ORDER |

Defendant Jim Cooper has answered the complaint and is amenable to referral to the court's Alternative Dispute Resolution (ADR) program. ECF Nos. 43, 48. Plaintiff declines referral to the court's ADR program and instead seeks a motion to compel trial or settlement. ECF Nos. 46-47, 49. The court "cannot compel defendants to enter into a settlement agreement." Brown v. Reilly, No. 2:20-cv-1709 WBS AC, 2023 WL 9111089, at *3 (E.D. Cal. Dec. 28, 2023). Moreover, this court has previously advised plaintiff that a request to schedule a trial is premature prior to the completion of discovery and adjudication of dispositive motions. ECF No. 44.

Accordingly, IT IS HEREBY ORDERED that the motion to compel (ECF No. 47) is DENIED.

DATED: July 13, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE